# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 8, 2024

Lyle W. Cayce
Clerk

No. 23-40518
Summary Calendar

─────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ROQUE GEOVANNI SOSA-GUERRERO,

*Defendant—Appellant*.

─────────────────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CR-549-1

─────────────────────────────

Before HIGGINBOTHAM, STEWART, and SOUTHWICK, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Roque Geovanni Sosa-Guerrero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sosa-Guerrero has not filed a response. We have reviewed counsel's brief and the relevant portions of the

─────────────────

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40518

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.